1   BENJAMIN B. WAGNER
    United States Attorney
2   DONNA CALVERT
    Acting Regional Chief Counsel, Region IX
3   Social Security Administration
    LEO R. MONTENEGRO
4   Special Assistant United States Attorney

5       333 Market Street, Suite 1500
        San Francisco, California 94105
6       Telephone:  (415) 977-8943
        Facsimile:  (415) 744-0134
7       E-Mail: Leo.R.Montenegro@ssa.gov

8   Attorneys for Defendant

9                    UNITED STATES DISTRICT COURT

10                  EASTERN DISTRICT OF CALIFORNIA

11                        SACRAMENTO DIVISION

12

13  CINDY MARIE MINER,              )
                                    )      CIVIL NO. 2:11-cv-00382-DAD
14          Plaintiff,              )
                                    )
15          v.                      )      STIPULATION FOR EXTENSION OF TIME
                                    )      TO FILE DEFENDANT'S ANSWER AND
16  MICHAEL J. ASTRUE,              )      ORDER
    Commissioner of                 )
17  Social Security,                )
                                    )
18          Defendant.              )
    _____)

19

20          The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the

21  attached Order, that the defendant Commissioner of Social Security shall have a FIRST extension of

22  time of 30 days to file the answer to Plaintiff's complaint.  The original due date was December 28,

23  2011.  The new due date will be January 27, 2012.

24          The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

25  /////

26  /////

27  /////

28

    Stip & Proposed Order Re Ext of Time, 2:11-cv-00382          1

1    DATE: 12/29/11                          */s/ Ann M. Cerney*
                                            ANN M. CERNEY
2                                           Attorney at Law

3                                           Attorney for Plaintiff

4    DATE: 12/29/11                          BENJAMIN B. WAGNER
                                            United States Attorney
5                                           DONNA CALVERT
                                            Acting Regional Chief Counsel, Region IX
6                                           Social Security Administration

7                            By:     */s/ Leo R. Montenegro*
                                            LEO R. MONTENEGRO
8                                           Special Assistant U.S. Attorney

9                                           Attorneys for Defendant

10                                     ORDER

11          Approved and so ordered.

12   DATED: December 29, 2011.

13

14

15                                     _____
                                       DALE A. DROZD
16                                     UNITED STATES MAGISTRATE JUDGE

17

18   DDAD1\orders.soc sec
     miner0382.stipord.eot
19

20

21

22

23

24

25

26

27

28

Stip & Proposed Order Re Ext of Time, 2:11-cv-00382        2