BENJAMIN B. WAGNER
United States Attorney
DONNA CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
LEO R. MONTENEGRO
Special Assistant United States Attorney

333 Market Street, Suite 1500
San Francisco, California 94105
Telephone:  (415) 977-8943
Facsimile:  (415) 744-0134
E-Mail: Leo.R.Montenegro@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CINDY MARIE MINER,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>Defendant. | CIVIL NO. 2:11-cv-00382-DAD<br><br>STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S ANSWER AND ORDER |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that the defendant Commissioner of Social Security shall have a FIRST extension of time of 30 days to file the answer to Plaintiff's complaint.  The original due date was December 28, 2011.  The new due date will be January 27, 2012.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

/////

/////

/////

Stip & Proposed Order Re Ext of Time, 2:11-cv-00382                1

| | | |
|---|---|---|
| DATE: 12/29/11 | | */s/ Ann M. Cerney* <br> ANN M. CERNEY <br> Attorney at Law |
| | | Attorney for Plaintiff |
| DATE: 12/29/11 | | BENJAMIN B. WAGNER <br> United States Attorney <br> DONNA CALVERT <br> Acting Regional Chief Counsel, Region IX <br> Social Security Administration |
| | By: | */s/ Leo R. Montenegro* <br> LEO R. MONTENEGRO <br> Special Assistant U.S. Attorney |
| | | Attorneys for Defendant |

ORDER

Approved and so ordered.

DATED: December 29, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DDAD1\orders.soc sec
miner0382.stipord.eot

Stip & Proposed Order Re Ext of Time, 2:11-cv-00382          2